# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-01383-CNS-NRN

**HALLETTE SMYTH,**

   Plaintiff,

     v.

**HOTELENGINE, INC.**

   Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

     Plaintiff Hallette Smyth ("Plaintiff") and Defendant HotelEngine, Inc ("Defendant") (Plaintiff and Defendants may be referred to each as a "Party" or collectively as the "Parties"), by and through their respective undersigned counsel, hereby jointly move for entry of the Stipulated Protective Order, submitted as an attachment to this motion, concerning the discovery and use of certain confidential information in this case. As grounds for this motion, the Parties state as follows:

     1.    Discovery in this action will involve the disclosure of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending this litigation is warranted.

     2.    To permit the parties to advance their respective positions and still keep confidential information protected from disclosure, the Parties have agreed to the Stipulated Protective Order (the "Protective Order"), which is attached hereto,

establishing the procedures to be followed whenever confidential information is exchanged during discovery or filed in this action.

3. This Protective Order is needed to ensure fair and efficient completion of discovery while protecting the Parties' and third parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

4. Accordingly, the Parties respectfully jointly move this Court for entry of the attached Protective Order regarding confidential information exchanged in this case.

WHEREFORE, Plaintiff Hallette Smyth and Defendant HotelEngine, Inc hereby jointly request that the Court enter the proposed Protective Order that is tendered with this motion.

Respectfully submitted this 9th day of August 2024.

| RILEY BREEN, LLC | FISHER & PHILLIPS LLP |
|---|---|
| *s/ Kelli Riley* <br> Kelli Riley <br> Christine Breen <br> Riley Breen, LLC <br> 1748 Topaz Dr. <br> Loveland, CO 80537 <br> Telephone: (970) 573-6442 <br> kelli@rileybreen.com <br> christine@rileybreen.com <br><br> *Attorneys for Plaintiff* | *s/ Hillary R. Ross* <br> Hillary R. Ross <br> Micah D. Dawson <br> Evan H. Smithers <br> Fisher & Phillips LLP <br> 1125 17th Street, Suite 2400 <br> Denver, CO 80202 <br> Telephone: (303) 218-3650 <br> Facsimile: (303) 218-3651 <br> hross@fisherphillips.com <br> mdawson@fisherphillips.com <br> esmithers@fisherphillips.com <br><br> *Attorneys for Defendants* |

FP 51733838.1

## CERTIFICATE OF SERVICE

      I certify that on this 9th day of August 2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, thereby serving all counsel of record.

                                            *s/ Lydia Agyemang*
                                            Lydia Agyemang
                                            For Fisher & Phillips LLP